UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:22-cr-00111-SEB-TAB |
| | ) | |
| MINDI B. MADISON, | ) -01 | |
| | ) | |
| Defendant. | ) | |

**The Honorable Sarah Evans Barker, Judge**
**Entry for April 19, 2023**

On this date, Defendant appeared in person, together with retained counsel Kenneth L. Riggins, and the Government appeared by AUSA Tiffany J. Preston along with investigative agent Spencer Brooks, for a change of plea and sentencing hearing. Kendra Stakelbeck appeared on behalf of the United States Probation Office. The hearing was reported by Court Reporter, Laura Howie-Walters.

- The Defendant was advised of her rights and the possible penalties.

- The Court accepted the parties' Stipulated Factual Basis as an adequate basis for the plea.

- Defendant pleaded guilty to Count 1 of the Information.

- The Court accepted Defendant's guilty plea and Defendant was adjudged guilty of Count 1 of the Information.

- The parties were heard with respect to the sentence and application of the Sentencing Guidelines.

- Sentence was imposed as stated on the record, including:

    Probation:  3 years
    Fine:  $0.00

      Restitution:  $270,876.00
      Special Assessment: $100.00.

- The Defendant was advised of her right to appeal.

- Defendant remains out of custody on the previously ordered conditions of release.

- The Judgment is forthcoming.

- The proceedings were adjourned.

Distribution:

Tiffany Jacqueline Preston
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
tiffany.preston@usdoj.gov

Kenneth Lawrence Riggins
Kennethriggins@yahoo.com